# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gary Gross, | ) |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) Case No. 1:18-cv-232 |
|     Defendant. | ) |

On motion by defendant, the court issued an order on January 11, 2019, staying the above-entitled action until appropriations were restored to the applicable federal government agencies and Department of Justice attorneys were permitted to resume their usual civil litigation functions.

On January 29, 2019, defendant filed Notice of Restoration of Appropriations and Motion to Reset Answer Deadline.

The court lifts the stay and **GRANTS** the defendant's motion (Doc. No. 11). Defendant shall have until March 7, 2019, to file an answer to plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2019.

                                                    */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court