# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gary Gross, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) Case No. 1:18-cv-232 |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**IT IS SO ORDERED:**

1. Plaintiff shall have until May 10, 2019, to file a motion for summary judgment and supporting briefing.

2. Defendant shall have until June 10, 2019, to file a motion for summary judgment and supporting briefing.

3. Plaintiff shall have until June 24, 2019, to file a responsive brief.

Dated this 8th day of March, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court